Maureen H. Lennon
Gregory L. Bonilla
MACo Defense Services
2717 Skyway Drive, Ste. F
Helena, MT  59602-1213
Ph. (406) 441-5471
Fax (406) 441-5497
mlennon@mtcounties.org
gbonilla@mtcounties.org

Dee Ann Cooney
Cooney Law Firm
PO Box 7775
Helena, MT  59604-7775
Ph. (406) 443-7298
Fax (406) 441-5497
dcooney@mt.net

Darren Dee Goldsmith, Sr.
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT  59722

Attorneys for Defendant Sheriff Leo Dutton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

_____

| | |
|---|---|
| DARREN DEE GOLDSMITH, SR., ) | |
| ) | CV-13-51-H-DWM |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE |
| LEO DUTTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter, having been compromised and the amount agreed upon between the parties having been fully paid;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, that said action against shall be dismissed with prejudice as settled and the Court is hereby requested to execute and enter the Order of Dismissal with Prejudice herein, and to make all such other orders and judgments which may be necessary and proper to effectually dismiss said action with prejudice.

DATED this 20th day of November, 2015.

MACo Defense Services

/s/ Maureen H. Lennon
Maureen H. Lennon

Pro Se Plaintiff

/s/ Darren Dee Goldsmith
Darren Dee Goldsmith, Sr.